06 OCT 31 AM 10:34

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DOUGLAS R. SOLTYSIAK,

Plaintiff,

vs.

Case No. 2:05-cv-148

UNUM PROVIDENT CORPORATION/
THE PAUL REVERE COMPANY,

Hon. Robert Holmes Bell

Defendant.

---

TROY W. HANEY (P48614)
DilleyHaney, P.C.
Attorney for Plaintiff
330 East Fulton
Grand Rapids, MI 49503
616-235-2300

MICHAEL E. QUIAT
Uscher, Quiat, Uscher & Russo,P.C.
Co-Counsel for Plaintiff
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
201-342-7100

K. SCOTT HAMILTON (P44095)
Dickinson Wright, PLLC
Attorney for Defendant
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
313-223-3500

---

**AFFIDAVIT OF MICHAEL E. QUIAT, ESQ.**

STATE OF NEW JERSEY )
) SS:
COUNTY OF BERGEN )

Michael E. Quiat being duly sworn deposes and says:

1. I am counsel for Plaintiff Douglas Soltysiak in this matter and have been since 2003.

2. The factual matters recited in this Affidavit are true to my personal knowledge and/or the best of my information and belief, and I am competent and ready to present testimony in open Court in support of this Affidavit.

3. I am a partner in the law firm of Uscher, Quiat, Uscher & Russo, P.C., with offices in Hackensack, New Jersey and New York, New York. I have been a practicing attorney since 1981.

4. I graduated from the Hofstra University School of Law in 1981, where I was a member of the Board of Editors of the Law Review. I have been a member of the New Jersey and New York State Bar Associations, the New York City Bar Association, and the Bergen County Bar Association. I have extensive experience in disability income/ERISA claims, appeal and litigation. I am admitted to practice before the United States District Court, Southern District of New York, Eastern District of New York, Western District of North Carolina and the United States Courts of Appeal for the Second Circuit, Third Circuit, and Fourth Circuit. I am rated AV by Martindale Hubbell.

5. I have attached to my Affidavit a detailed accounting of the legal services provided by my firm in the prosecution of this action. Exhibit A is a record of attorney and legal assistant services from July 15, 2004 through October 12, 2006. It does not include time incurred in connection with the lengthy prior administrative appeal of this matter.

6. Plaintiff seeks attorney's fees in the amount of $350.00 per hour for counsel, and $125.00 per hour for paralegal, rates which are reasonable and customary for professionals in this highly specialized area of the law.

WHEREFORE, Plaintiff's counsel respectfully request that this Court grant this Motion for Attorney's Fees and award Uscher, Quiat, Uscher & Russo, P.C. $27,239.00 in fees in connection with this matter and $573.50 in disbursements, for a total of $27,812.50.

The attachments are true and accurate records of the time and costs incurred by my firm in connection with this matter.

MICHAEL E. QUIAT, ESQ.

Sworn and subscribed to before me

This 19th day of October 2006

Elizabeth C Nixon

ELIZABETH C. NIXON
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 3/8/2011